UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Scott Matthew Tovey,                                      Civil No. 09-508 (PAM/RLE)

                Petitioner,

v.                                                                         **ORDER**

Warden M. Cruz, Federal
Prison Camp–Duluth,

                Respondent.

---

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson dated December 23, 2009. The R&R recommends that the Petition for a Writ of Habeas Corpus be dismissed with prejudice. Petitioner did not file any objections to the R&R in the time period permitted. Accordingly, **IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation (Docket No. 14) is **ADOPTED**; and

2.      The Petition (Docket No. 1) is **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>Monday, January 25, 2010</u>

                                                 <u>*s/ Paul A. Magnuson*</u>
                                                 Paul A. Magnuson
                                                 United States District Court Judge